O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR TEH CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-8,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREA A. DUNLAP,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 12-06656 DDP (MRWx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Dkt. No. 7 ] |

　　Presently before the court is Plaintiff's Motion to Remand("Motion").  Because Defendant has not filed an opposition, the court GRANTS the Motion.

　　Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

    The hearing on Plaintiff's Motion was set for October 15, 2012.  Defendant's opposition was therefore due by September 24, 2012.  As of the date of this Order, Defendant has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendant's failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion.  The case is REMANDED to state court for adjudication.

IT IS SO ORDERED.


Dated: October 10, 2012

                                    DEAN D. PREGERSON
                                    United States District Judge